MITSUBISHI SHOJI KAISHA, LTD. *v.* UNITED STATES

No. 4650.—Invoice dated Nagasaki, Japan, January 27, 1936.
Certified February 3, 1936.
Entered at Seattle, Wash., February 25, 1936.
Entry No. 3963.
(Decided on remand (Reap. Dec. 4570) October 4, 1939)

*Lawrence & Tuttle* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

McCLELLAND, Presiding Judge: This appeal to reappraisement has been submitted for decision upon stipulation of counsel for the parties hereto.

In harmony with the stipulation, the appeal is therefore dismissed. Judgment will be rendered accordingly.

---

REHEARING MOTION DENIED

OCTOBER 7, 1939

No. 4651.—REAPPRAISEMENT 118986–A.—RUBBER-SOLED CANVAS SHOES (JAPANESE).—*Japan Import Co., Inc.* v. *United States*. Entered at San Francisco, Calif. Reap. Dec. 4627. Motion by appellee.